# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case No. 09-10338 |
| | : | |
| Steven F. Ernst | : | Chapter 7 |
| Diane L. Ernst | : | |
| | : | |
| Debtors | : | Judge Aug |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The amount of $492.09 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Chase Auto Finance<br>P.O. Box 901032<br>Ft. Worth, TX 76101-2031 | 6 | $492.09 |

| Total Unclaimed/Small Dividends $25.00 or Under | Total Unclaimed Dividends Over $25.00 |
|---|---|
| $ | $492.09 |

Dated: May 25, 2010    /s/ Henry E. Menninger, Jr.
                       Case Trustee
                       Henry E. Menninger, Jr.